```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20073
   BRYON DUNCAN
   LYNN SPAID DUNCAN                      CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-9559     SSN XXX-XX-6985
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/29/07 and confirmed on 02/01/08.

2. The case was converted to Chapter 7 after confirmation, 03/17/2009.

3. The Debtor paid a total of $ 5194.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 1351.00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | 17618.16 | 564.02 | 2987.33 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1324.86 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 738.97 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 2114.59 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9731.83 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9005.08 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1301.68 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1105.99 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 244.59 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 836.67 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18969.16 | .00 | 26404.26 | .00 | 45373.42 |
| PRINCIPAL PAID | 2987.33 | .00 | .00 | .00 | 2987.33 |
| INTEREST PAID | 564.02 | .00 | .00 | .00 | 564.02 |
| TOTAL PAID | 3551.35 | .00 | .00 | .00 | 3551.35 |

The Debtor's attorney, LEEDERS & ASSOC LTD         , was allowed $   3500.00 and was paid $    970.00   direct and $   1356.54   through the plan.

The Trustee received $    286.11 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/31/09                     /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE